IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| RODNEY ROBINSON, Register No. 519490, a/k/a Shaheed Habeebullah, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 07-4216-CV-C-SOW |
| LARRY CRAWFORD, Director, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

On November 30, 2007, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

Inmates who file an appeal with the United States Court of Appeals for the Eighth Circuit are required to pay the full $455.00 appellate filing fee, regardless of the outcome of the appeal. Henderson v. Norris, 129 F.3d 481, 484 (8th Cir. 1997). The filing of a notice of appeal is considered a consent by the inmate to allow prison officials to deduct an initial partial appellate filing fee and later installments from the prisoner's account.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of November 30, 2007, is adopted. [11] It is further

ORDERED that plaintiff's claims are dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted. It is further

ORDERED that plaintiff's motions for a temporary restraining order and preliminary injunction are denied. [1]

                                              /s/Scott O. Wright
                                              SCOTT O. WRIGHT
                                              Senior United States District Judge

Dated: February 27, 2008